UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                               *
                                     *
L. A. EXPRESS MARKETS, INC.          *          04-73933-CMS-11
                                     *
         DEBTOR.                     *

ORDER APPOINTING
W. MARCUS BRAKEFIELD, AS EXAMINER

The Court having entered an Order dated February 2, 2006, approving the appointment of an examiner by the Bankruptcy Administrator pursuant to 11 U.S.C. §1104(c) and Federal Rules of Bankruptcy Procedure 2007.1 in said case, it is, by the Court,

**CONSIDERED AND ORDERED:**

1. It having been shown to the Court that w. Marcus Brakefield, attorney, has no connection with the debtor, or conflict with its creditors or any other party in interest, does not hold any interest adverse to the estate, and is otherwise disinterested in these proceedings, that said W. Marcus Brakefield's appointment by the Bankruptcy Administrator is hereby **APPROVED,** effective February 2, 2006, as examiner to conduct the investigation referenced in Bankruptcy Code section 1104(c), said investigation to include but not be limited to the concerns outlined by the Bankruptcy Administrator in the Motion for Appointment of Examiner (court document #178).

2. Compensation for Mr. Brakefield is **APPROVED** at an hourly rate of $195 and reimbursement of costs and expenses.

3. The debtor-in-possession is authorized and directed to pay 75% of Mr. Brakefield's time charges and 100% of expenses incurred upon Mr. Brakefield's submission of monthly billing statements. All fees and expenses are subject to review and approval of the Court upon submission of fee applications.

4. Parties in interest shall have twenty (20) days from the date of the Notice of Appointment of Examiner to file a written objection to the appointment of Mr. Brakefield. In the event an objection is filed, a hearing will be set to consider the objection.

**DONE and ORDERED** this February 23, 2006.

/s/ C. Michael Stilson
C. Michael Stilson
United States Bankruptcy Judge